**Abatement Order filed February 2, 2021**



**In The**

# Fourteenth Court of Appeals

### NO. 14-20-00746-CV

## IN RE THE COMMITMENT OF M.G.

**On Appeal from Probate Court No. 3**
**Harris County, Texas**
**Trial Court Cause No. 531010003**

### ABATEMENT ORDER

This is an appeal from an order requiring court-ordered mental health services under chapter 574 of the Health and Safety Code. *See* Tex. Health & Safety Code § 574.070. An appeal under this section takes preference over all other cases. *Id.* § 574.070(e).

A person for whom court-ordered mental health services are sought is entitled to appointment of counsel. *Id.* § 574.003. That right includes counsel on appeal. "In mental health proceedings, as in this cause, the State undertakes to act in parens patriae, thereby imposing on the State a duty to accord due process, which necessarily includes the duty to ensure that a person subjected to these proceedings

is afforded the opportunity of legal counsel at every step therein." *State for Best Interest and Protection of Ortiz*, (Tex. App.—Amarillo 1982, no writ) (en banc) (per curiam). Appellant is represented on appeal by appointed counsel, **Angela Phea**.

Appellant's brief was due January 4, 2021 but not filed. On January 12, 2021, we issued an order directing Phea to file appellant's brief by January 22, 2021. We cautioned that if the brief was not filed by that date, the court may require appointment of new counsel due to the failure to timely file appellant's brief. No brief has been filed.

Accordingly, we order the judge of Probate Court No. 3 to immediately conduct a hearing to determine (1) the reason for the failure to file a brief; (2) whether M.G. desires to continue this appeal; and (3) if M.G. desires to continue the appeal, a date certain when her brief will be filed. The judge shall appoint new appellate counsel for M.G. if necessary. The judge shall see that a record of the hearing is made and order the court reporter to forward a record of the hearing to this court. The judge shall make findings of fact and conclusions of law and order the trial court to forward a supplemental clerk's record containing the findings and conclusions. The transcribed record of the hearing, and supplemental clerk's record shall be filed with the clerk of this court on or before **March 4, 2021**.

PER CURIAM

Panel consists of Justices Wise, Hassan, and Wilson.